UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIET TIMOTHY FORD,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN R. CULHANE, et al.,<br><br>Defendants. | No. 2:17-cv-0711-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed an application for leave to proceed in forma pauperis, but it is unsigned, missing pages, and does not attach a certified trust account statement. *See* ECF No. 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The court cannot rule on plaintiff's application for leave to proceed in forma pauperis because plaintiff has not signed it.

Moreover, section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

1

Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
2. Within 30 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of his request for leave to proceed in forma pauperis, along with the required trust account statement. Plaintiff's failure to comply with this order may result in this action being dismissed.
3. The Clerk of the Court is directed to send plaintiff a copy of the in forma pauperis form used by this district.

Dated: April 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE